**Order entered September 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00685-CV

**ASSOCIATED AIR CENTER LP, ET AL, Appellant**

**V.**

**TARY NETWORK, LTD, ET AL, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-01620**

## ORDER

  The Court has reviewed the clerk's record in this case. The record does not include the agreed motion to seal court records dated May 15, 2012 and the order sealing court records dated June 28, 2012. The Court **ORDERS** Gary Fitzsimmons, District Clerk, to file **within five (5) days of the date of this order** a supplemental clerk's record including the agreed motion to seal court records and the order sealing court records. The Court **DIRECTS** the Clerk to transmit copies of this order electronically to Gary Fitzsimmons, District Clerk and all parties to the appeal.

         /s/  CAROLYN WRIGHT
             CHIEF JUSTICE